UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BLANCA BRENES, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIVE BELOW, INC., a Pennsylvania Corporation; CHRISTINA TORRES, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:25-cv-00401-JLT-BAM<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served: March 6, 2025<br>Current Response Date: April 28, 2025<br>New Response Date: May 12, 2025 |

Case No. 1:25-cv-00401-JLT-BAM

[PROPOSED] ORDER

DB2/ 50750410.1

1  Based upon the Parties' Stipulation to Further Extend Time to Respond to Initial Complaint, and good cause having been shown, the Court orders that the deadline for Defendant Five Below, Inc. to file a responsive pleading to Plaintiff Bianca Brenes' Complaint shall be extended by two weeks to May 12, 2025.

IT IS SO ORDERED.

Dated:  **April 28, 2025**         /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE